JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NISREEN AREF ARIF ABU SHAQRA,
Plaintiff,
v.
U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,
Defendants.

No. 2:26-cv-07911-CAS-CTSx

**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**

Hon. Christina A. Snyder
United States District Judge

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore, IT IS HEREBY ORDERED that the instant action shall be stayed until March 10, 2027. In the event that adjudication is not completed and/or the case dismissed by March 10, 2027, the parties will file a further status report to the Court by that date, and every quarter thereafter until the action has been reactivated on this Court's active caseload or a stipulation for dismissal is filed.

///

///

///

///

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

Dated: October 21, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE